UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARQUIS NELSON,

    Petitioner,                                        Civil No. 22-cv-10575
                                                                             Hon. Matthew F. Leitman

v.

MICHELE FLOYD,

    Respondent.
_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                                                                 KINIKIA ESSIX
                                                                                 CLERK OF COURT

                                                                  By:    s/Holly A. Ryan
                                                                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge
Detroit, Michigan                                                Dated:  April 18, 2022